UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No.   2:24cv03753 DDP (RAOx)                                      Date: May 21, 2025

Title   *Larry Dunn v. United Mailboxes; et al.*

Present: The Honorable:   DEAN D. PREGERSON, U.S. DISTRICT JUDGE

| Catherine Jeang | Not Present |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:          Attorneys Present for Defendants:
Not Present                                              Not Present

**Proceedings:**   (IN CHAMBERS) – ORDER TO SHOW CAUSE

**IT IS HEREBY ORDERED** that **PLAINTIFF** show cause in writing not later than **June 11, 2025**, why this action should not be dismissed for lack of prosecution as to **defendants United Mailboxes; and Joyce Diller Grunauer as Trustee of The Eudice Diller Friedman Family Trust**.  In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7.15, oral argument shall not be heard in the above matter unless so ordered by the Court.  The Order to Show Cause will stand submitted upon the filing of briefs.

Plaintiff is advised that the Court will consider the following:

- A proof of service of summons and complaint on **defendant Joyce Diller Grunauer as Trustee of The Eudice Diller Friedman Family Trust**; and

- An answer by **defendant United Mailboxes,** or plaintiff's request for entry of default on this defendant

on or before the above date, as a satisfactory response to the Order to Show Cause.

                                                                                                        00:00
                                                             **Initials of Preparer**    CMJ